# United States District Court
## Violation Notice

CVB Location Code: M9GF

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FCDS001R | Scevers | 2285 |

FCDS001R

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 02/26/2022 12:50 | FED 36 CFR 261.15I |

Place of Offense: KINGS HILL, WSSRD, HLCNF

Offense Description: Factual Basis for Charge
IN VIOLATION OF STATE LAW ESTABLISHED FOR VEHICLES USED OFF ROADS

HAZMAT ☐

### DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| WAYNE | DAVIS | G |

Street Address:

City: | State: | Zip Code: | Date of Birth (mm/dd/yyyy):

Drivers License No. | CDL ☐ | D.L. State | Social Security No.

Adult ☐  Juvenile ☐   Sex: M ☐ F ☐   Race | Hair | Eyes | Height | Weight

### VEHICLE

VIN: 4UF13SNW2DT119590   CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
|  | MT | 2013 | ARCA/ | ☐ | WHI |

A ☐  IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒  IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| $ 75.00 | Forfeiture Amount |
|---|---|
| $ 30.00 | Processing Fee |

PAY THIS AMOUNT   $ 105.00   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: | Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FCDS001R

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on   02/26/2022   while exercising my duties as a law enforcement officer in the _____   District of   MT

Pursuant to 16USC 551:

VN NO: FCDS001R
Loc CD: M9GF

STATEMENT OF PROBABLE CAUSE

I Officer Corey Scevers state that on February 26, 2022 at approximately 1250 hours was exercising my duties as a Law Enforcement Officer on the White Sulphur Springs Ranger District of the Helena Lewis and Clark National Forest. While exercising my duties I was conducting an over the snow vehicle saturation patrol with multiple Montana Fish Wildlife and Park Wardens located at Kings Hill winter recreation area. While patrolling the area the Wardens and I stopped to talk with two snowmobilers sitting right off the groomed trail system. I later identified the owner of both OSV's as Davis WAYNE. I asked WAYNE if he had valid registration and trail passes for both of his OSV's. WAYNE stated he did. I inspected both OSV's and both had registration decals. I also noticed both OSV's had an Orange groomed trail pass that expired in the year of 2020. WAYNE stated he was shorted a year by the vender he bought it from and thought the trail passes were good for 3 years. I explained to WAYNE the passes used to be good for 3 years but are now only 2 years and his pass is expired by 2 years. WAYNE informed me he thought he was only expired by a year. WAYNE also informed me he saw us in the parking lot but decided to come out anyways. I informed WAYNE he had 2 violations, 1 for each OSV's that is registered to him. Due to WAYNE's compliance I issued 1 citation for the OSV Wayne was riding and issued a warning noticed for the other OSV. I let WAYNE and his partner ride the rest of the day and informed him he needed to get an updated OSV trail pass to ride on the groomed trail systems in the state of Montana.

The foregoing statement is based upon:

☒ MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:   02/26/2022
Date (mm/dd/yyyy)      Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:   _____
Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident